IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Edwards Jr, Joseph H

Printed: 2/19/08

Case Number: 04 B 44721
Judge: Hollis, Pamela S
Filed: 12/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 4, 2007
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 43,679.99 |  |
| Secured: |  | 38,822.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,476.80 |
| Trustee Fee: |  | 2,080.90 |
| Other Funds: |  | 1,300.00 |
| Totals: | 43,679.99 | 43,679.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,476.80 | 1,476.80 |
| 2. | State Street Bank & Trust Co | Secured | 30,438.52 | 30,216.65 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 9,803.09 | 3,205.33 |
| 4. | State Street Bank & Trust Co | Secured | 16,516.26 | 5,400.31 |
| 5. | US Bank | Unsecured | 1,230.99 | 0.00 |
| 6. | Nicor Gas | Unsecured | 118.95 | 0.00 |
| 7. | Account Management Service | Unsecured |  | No Claim Filed |
| 8. | SBC | Unsecured |  | No Claim Filed |
| 9. | Cardiology Associates of NW IN | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 12. | Pathology Assoc Of Chicago | Unsecured |  | No Claim Filed |
| 13. | Lake Imaging LLC | Unsecured |  | No Claim Filed |
| 14. | St Margaret Mercy Hospital | Unsecured |  | No Claim Filed |
| 15. | SMM Electrocardiographer | Unsecured |  | No Claim Filed |
|  |  |  | $ 59,584.61 | $ 40,299.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 235.95 |
| 4% | 217.80 |
| 3% | 163.35 |
| 5.5% | 756.80 |
| 5% | 305.00 |
| 4.8% | 240.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Edwards Jr, Joseph H | Case Number: 04 B 44721 |
| | Judge: Hollis, Pamela S |
| Printed: 2/19/08 | Filed: 12/6/04 |

```
                    5.4%              162.00
                                   _____
                                   $ 2,080.90
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                  Marilyn O. Marshall, Trustee, by:

                                  *[signature]* _____